DANIEL J. BRODERICK, Bar #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ERNESTO LOMBARDO-DIAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:11-cr-00036 OWW |
| Plaintiff, | DEFENDANT'S STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON |
| v. | |
| ERNESTO LOMBARDO-DIAZ, | DATE:  June 27, 2011 |
| Defendant. | TIME:  9:00 a.m.<br>JUDGE:  Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Ian Garriques, Counsel for Plaintiff, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant Ernesto Lombardo-Diaz, that the status conference currently set for May 23, 2011, **may be continued to June 27, 2011 at 9:00 a.m.**

Additional time is necessary for the parties to work on a resolution.

The parties agree that the delay resulting from the continuance shall be excluded because the ends of justice served by continuing this case outweigh the best interests of the public and the defendant in a speedy trial in that additional time is necessary for effective defense preparation.  18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

///

///

///

|  |  |  |
|---|---|---|
|  |  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: May 19, 2011 | By: | /s/ *Ian Garriques*<br>IAN GARRIQUES<br>Assistant United States Attorney<br>Counsel for Plaintiff |
|  |  | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: May 19, 2011 | By: | /s/ *Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>ERNESTO LOMBARDO-DIAZ |

**ORDER**

IT IS SO ORDERED.

**Dated:   May 19, 2011**            /s/ **Oliver W. Wanger**
                                   UNITED STATES DISTRICT JUDGE

Lombardo-Diaz Stipulation and Order

2